IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SANDRA MYERS**,

**Plaintiff,**

**v.**

**USA TRUCK, INC.
and MICHAEL
PERLICK,**

**Defendants.**                                                                                     **No. 08-0616-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion to remand (Doc. 48). Specifically, Plaintiff argues that the Court does not have jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) as the amount in controversy does not exceed $75,000.00. Further, the motion states that Defendant USA Truck, Inc. consents to the remand of this case to the Madison County, Illinois Circuit Court. Based on the reasons stated in the motion, the Court **GRANTS** the motion to remand (Doc. 48). Because the Court lacks subject matter jurisdiction, the Court **REMANDS** this case to the Madison County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 20th day of November, 2009.

/s/   *DavidRHerndon*

**Chief Judge
United States District Court**